IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN BERTRAM,** | : | CIVIL ACTION NO. 1:20-CV-1284 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN GREGORY BRIGGS,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 20th day of August, 2021, upon consideration of defendant's motion (Doc. 17) to dismiss, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion (Doc. 17) is GRANTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice and with leave to amend as set forth below.

3. Plaintiff is granted leave to file an amended complaint within 21 days from the date of this order. The amended complaint shall fully comply with Rules 8 and 20 of the Federal Rules of Civil Procedure, shall be direct and concise, and shall stand alone without reference to any other document filed in this matter. See FED. R. CIV. P. 8(e). Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims and parties will be considered a failure to comply with an order of court. See FED. R. CIV. P. 20.

4. Failure to comply with this order shall be construed as an indication that plaintiff is no longer interested in proceeding with the action and shall result in a dismissal without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania